IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack Wayne Friend,<br><br>               Petitioner,<br><br>      vs.<br><br>Ron Davis, Warden of San Quentin State Prison,<br><br>             Respondent. | No.  3:15-cv-03514-HSG<br><br><u>Death Penalty Case</u><br><br>Order Granting Motion for Appointment of Counsel |

      For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Office of the Federal Public Defender for the District of Arizona is GRANTED.  The Office of the Federal Public Defender for the District of Arizona is appointed to represent Mr. Friend in these proceedings.

      IT IS SO ORDERED.

DATED:   <u>  3/28/2016     </u>

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Case No. 3:15-cv-03514-HSG             Order Motion for Appointment of Counsel