UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>        Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>        Respondent. | Case No.  15-cv-03514-HSG<br><br><u>DEATH PENALTY CASE</u><br><br>**CASE MANAGEMENT ORDER** |

On March 28, 2016, the Court appointed counsel for Petitioner in this capital habeas action.  Good cause appearing therefor, the Court enters this initial Case Management Order.  Capital Habeas L.R. 2254-26.

Within forty-five (45) days from the date of this Order, the parties shall meet and confer to prepare, and shall file, a joint case management statement and proposed order.  In the statement, the parties shall discuss their preliminary views of anticipated proceedings in the present action.  This statement shall include a proposed schedule for briefing any motion for equitable tolling of the statute of limitations, and proposed schedules for briefing any other motions that must be addressed prior to the filing of a finalized petition in the event that equitable tolling is granted.  Unless otherwise ordered, such motions will be decided on the papers.

**IT IS SO ORDERED.**

Dated: 4/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge