UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>        Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>        Respondent. | Case No. 15-cv-03514-HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER ADOPTING PARTIES' PROPOSED BRIEFING SCHEDULE** |

The parties submitted a joint case management statement and proposed order on May 20, 2016, setting out a schedule for filing the petition for writ of habeas corpus and any motion for equitable tolling. The parties' proposed schedule is hereby adopted.

Petitioner shall file the petition for writ for writ of habeas corpus on or before July 28, 2016. Any motion for equitable tolling shall also be filed on or before that date.

Respondent shall have thirty (30) days from the date of filing the motion for equitable tolling to file any opposition thereto. The reply will be due within thirty (30) days of the date of filing the opposition.

A briefing schedule for the answer to the petition and the traverse will be established in a future order.

**IT IS SO ORDERED.**

Dated: 5/24/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge