UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 15-cv-03514-HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER AMENDING DUE DATE OF FINALIZED PETITION** |

The Court is in receipt of petitioner's motion to amend the due date of the finalized petition based on the Court's grant of 242 days of equitable tolling. An opposition and reply are not needed. For the reasons stated in petitioner's motion, the motion is granted. The finalized petition is due on or before March 27, 2017.

**IT IS SO ORDERED.**

Dated: 9/7/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge