UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 15-cv-03514-HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE ANSWER**<br><br>Re: Dkt. No. 41 |

Respondent has filed an unopposed motion seeking an additional twenty-nine (29) days in which to file an answer to or motion to dismiss the finalized petition. Good cause appearing, the motion is GRANTED. Any answering brief or motion is now due on or before June 9, 2017.

**IT IS SO ORDERED.**

Dated: 5/9/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge