UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 15-cv-03514-HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 40 |

Good cause appearing, the Motion to Withdraw as Counsel filed by Ashwin Cattamanchi from the Office of the Federal Public Defender for the District of Arizona is GRANTED. Lindsey Layer, Esq., will remain as counsel on behalf of Petitioner in these proceedings.

**IT IS SO ORDERED.**

Dated: 5/9/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge