UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK WAYNE FRIEND,

        Petitioner,

   v.

RON DAVIS, Warden,

        Respondent.

Case No.  15-cv-03514-HSG

<u>DEATH PENALTY CASE</u>

**ORDER ADOPTING PROPOSED BRIEFING SCHEDULE**

Re: Dkt. No. 49

The Court is in receipt of the parties' joint case management statement outlining a proposed briefing schedule for the responsive briefings to Respondent's pending motion to dismiss and the filing of any motion by Petitioner for a stay and abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005).  Good cause appearing, the parties' proposed schedule is hereby adopted.

- On or before July 12, 2017, Petitioner shall file an opposition to the pending motion to dismiss and any motion for a stay and abeyance pursuant to *Rhines*;

- On or before August 9, 2017, Respondent shall file a reply the opposition to the motion to dismiss and any opposition to the motion for stay and abeyance; and

- On or before August 25, 2017, Petitioner shall file a reply to any opposition to the motion for stay and abeyance.

IT IS SO ORDERED.

Dated:  6/13/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge