UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | Case No. 15-cv-03514-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 60 |

Petitioner seeks an unopposed sixty-day extension of time in which to file his exhaustion petition in state court. Good cause appearing therefor, the request is GRANTED. Petitioner's exhaustion petition is now due in state court on or before April 30, 2018.

**IT IS SO ORDERED.**

Dated: 2/14/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge