UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br>　　　　Petitioner,<br>　v.<br>RON DAVIS,<br>　　　　Respondent. | Case No. 15-cv-03514-HSG<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO FILE STATE EXHAUSTION PETITION**<br>Re: Dkt. No. 63 |

Good cause appearing, IT IS HEREBY ORDERED that the Motion for Extension of Time filed by the Office of the Federal Public Defender for the District of Arizona is GRANTED. The state exhaustion petition shall be filed in state court on or before June 29, 2018. Further requests for extension of time will be viewed with disfavor.

**IT IS SO ORDERED.**

Dated: 4/23/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge