1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6

7    JACK WAYNE FRIEND,                           Case No.  15-cv-03514-HSG

8                  Petitioner,                   **ORDER SETTING RESPONSE DATE
                                                 TO PETITIONER'S MOTION**
9           v.
                                                 Re: Dkt. No. 65
10   RON DAVIS, Warden, San Quentin State
     Prison,
11
                   Respondent.
12

13
14         On May 31, 2018, Petitioner filed a motion seeking an order requiring prison staff to

15   secure his transport to a medical facility next Friday, June 8.  In light of the limited time in which

16   to review the matter, the Court will require any opposition or statement of non-opposition to

17   Petitioner's motion to be filed by 5:00 p.m. on Monday, June 4, 2018.

           **IT IS SO ORDERED.**
18
19
20   Dated:  5/31/2018

21                                               _____
                                                 HAYWOOD S. GILLIAM, JR.
22                                               United States District Judge

23
24
25
26
27
28