UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND, <br>     Petitioner, <br>   v. <br> RON DAVIS, Warden, San Quentin State Prison, <br>     Respondent. | Case No. 15-cv-03514-HSG <br><br> **ORDER GRANTING MOTION TO AUTHORIZE TRANSPORT** <br><br> Re: Dkt. No. 65 |

Petitioner's unopposed motion to authorize transport of Petitioner to SimonMed Imaging for the purposes of MRI/TDI scanning and testing that cannot be performed by the prison is **GRANTED**. Such transport shall be conducted pursuant to the following terms:

1. Petitioner, Jack Wayne Friend, shall be transported to SimonMed Imaging at 105 South Drive, Suite 110, Mountain View, CA, 94040, for his imaging appointment on June 8, 2018 at 6:45 a.m.

2. The California Department of Corrections and Rehabilitation (CDCR) will bill the Federal Public Defender of Arizona for transportations costs. The billing shall be for the actual time spent by staff from the time they leave San Quentin State Prison until they return to San Quentin State Prison.

//
//
//
//
//

3. Petitioner's counsel shall arrange in advance with the appropriate staff, agency, or entity for payment of the CDCR transport billing and, upon receipt of CDCR's actual invoice, shall make prompt arrangements for payment of said invoice.

**IT IS SO ORDERED.**

Dated: 6/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge