UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>  Petitioner,<br><br>  v.<br><br>RON BROOMFIELD, Warden, California State Prison at San Quentin,<br><br>  Respondent. | Case No.  15-cv-03514-HSG<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 90 |

The parties have filed a Joint Case Management Statement (Dkt. No. 90) proposing dates for the filing of responsive pleadings, including respondent's answer and petitioner's traverse. For good cause shown, the parties' proposed schedule is adopted and it is ORDERED as follows:

  a.  respondent shall file his answer to the finalized petition on or before February 13, 2023;

  b.  petitioner shall file his traverse on or before April 20, 2023; and

  c.  a schedule for the filing and briefing of any motions for discovery or an evidentiary hearing will be set after the filing of the traverse.

  **IT IS SO ORDERED.**

Dated:  August 15, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge