IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JACK WAYNE FRIEND,**<br><br>                              Petitioner,<br><br>        v.<br><br>**RON BROOMFIELD, Warden,**<br><br>**San Quentin State Prison.**<br><br>                Defendant and Appellant. | C 15-3514 HSG<br><br>**ORDER** |

Respondent has requested an enlargement of time of sixty (60) days to file a response to the petition. For good cause shown, respondent's request is GRANTED. Respondent's brief shall be due on April 14, 2023.

Dated:    2/9/2023

*/s/ Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court