IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JACK WAYNE FRIEND,** | **CAPITAL CASE** |
| Petitioner, | C 15-3514 HSG |
| v. | **ORDER** |
| **OAK SMITH, Acting Warden,** | |
| Respondent. | |

    Respondent has requested an enlargement of time of 7 days to file a response to the petition. For good cause shown, respondent's request is GRANTED. Respondent's brief shall be due on May 19, 2023.

Dated: 5/12/2023

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Court

1

[Proposed] Order (C 15-3514 HSG)