# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>        Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Warden,<br>San Quentin State Prison<br><br>        Respondent. | Case No. 4:15-cv-03514-HSG<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 104 |

Pending before the Court is Petitioner Jack Wayne Friend's motion to extend time to file his traverse on or before October 23, 2023.

The Court **GRANTS** Petitioner's Motion for Extension of Time to File Traverse. The Traverse shall be due on or before October 23, 2023.

**IT IS SO ORDERED.**

Dated: 9/11/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge