1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK WAYNE FRIEND,

        Petitioner,

   v.

RON BROOMFIELD, Warden,
San Quentin State Prison

        Respondent.

Case No.  4:15-cv-03514-HSG

DEATH PENALTY CASE

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 106

      Pending before the Court is Petitioner Jack Wayne Friend's motion to extend time to file his traverse by twenty-one days.

      The Court **GRANTS** Petitioner's Motion for Extension of Time to File Traverse.  The Traverse shall be due on or before November 13, 2023.

      **IT IS SO ORDERED.**

Dated:  October 30, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge