UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>    Respondents. | Case No. 15-cv-03514-HSG<br><br>**CAPITAL CASE**<br><br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. No. 111 |

Pursuant to the Court's Order (Dkt. No. 110) of December 1, 2023, the parties have filed a Joint Case Management Statement (Dkt. No. 111). Petitioner argues that his claims require "evidentiary development, including discovery, expansion of the record, and an evidentiary hearing." (Dkt. No. 11 at 2.) Respondent counters that the case is ready for a decision. *Id.*

Without now deciding whether Petitioner's position has substantive merit, the Court will allow Petitioner to present the argument for evidentiary development so that a complete record can be made as to the request. Petitioner may file his request, and Respondent may oppose it. For good cause shown, the parties' proposed schedule is adopted, and it is ORDERED as follows:

//
//
//
//
//
//
//
//

a. Petitioner shall file his requests for evidentiary development by June 1, 2024;

b. Respondent may file a response or responses to those requests by August 1, 2024; and

c. Petitioner may file a reply by September 1, 2024

**IT IS SO ORDERED**.

Dated: February 8, 2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge