UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHASE ANDES, Acting Warden,<br>San Quentin State Prison<br><br>　　　　Respondent. | Case No. 4:15-cv-03514 HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REQUEST EVIDENTIARY DEVELOPMENT**<br><br>Re: Dkt. No. 113 |

Pending before the Court is Petitioner Jack Wayne Friend's motion to extend the time to file his request for evidentiary development by 60 days.

The Court **GRANTS** Petitioner's Motion for Extension of Time to Request Evidentiary Development. The Request for Evidentiary Development shall be due on or before July 31, 2024.

**IT IS SO ORDERED.**

Dated: April 17, 2024

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge