UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>          Petitioner,<br><br>    v.<br><br>CHANCE ANDES, Acting Warden, San Quentin Rehabilitation Center,<br><br>          Respondent. | Case No. 15-cv-3514-HSG<br><br>**ORDER REFERRING CASE TO JUDGE VINCE CHHABRIA FOR SETTLEMENT** |

The Court refers this case to Judge Vince Chhabria for a settlement conference on a date that he determines. The Alameda County District Attorney's Office is encouraged to participate in the settlement conference, and the Attorney General is directed to serve this Order on the Alameda County District Attorney. Pursuant to 18 U.S.C. § 3006A, Ann-Kathryn Tria and Brian Pomerantz are appointed to represent petitioner for the limited purpose of facilitating settlement negotiations. All proceedings in this case other than settlement negotiations are stayed until further order from the Court.

**IT IS SO ORDERED.**

Dated: April 23, 2024

HAYWOOD S. GILLIAM, Jr.
United States District Judge