UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK WAYNE FRIEND,

    Petitioner,

v.

CHANCE ANDES, Acting Warden,
San Quentin State Prison

    Respondent.

Case No. 4:15-cv-03514 HSG

<u>DEATH PENALTY CASE</u>

**ORDER REQUESTING STATUS REPORT**

On April 23, 2024, the Court referred this matter to Judge Vince Chhabria for settlement. The Court understands that a resentencing plan has been or will be jointly proposed in the underlying state court case. Accordingly, the Court directs the parties to submit a joint status report regarding the status of the proposed resolution and its effect on Petitioner's federal habeas corpus case. The status report is due within fourteen days of the date of this Order.

**IT IS SO ORDERED.**

Dated: February 13, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge