UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SIRCOYA M. WILLIAMS, Acting Warden, California Medical Facility<br><br>　　　　　Respondent. | Case No. 4:15-cv-03514 HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING MOTION TO RELEASE SEALED EXHIBITS TO THE PARTIES**<br><br>RE: Dkt. No. 133 |

Petitioner has filed a motion requesting the Court to order the Clerk of Court to release sealed exhibits from this case to counsel for Petitioner and counsel for Respondent. Dkt. No. 133. Respondent does not oppose the motion. Dkt. No. 135. The Court therefore orders the Clerk to release to counsel for both parties any sealed exhibits in the above-captioned case. This Order terminates Docket Number 133.

**IT IS SO ORDERED.**

Dated: November 21, 2025

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge