UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>    Petitioner,<br><br>    v.<br><br>SIRCOYA M. WILLIAMS, Acting Warden, California Medical Facility<br><br>    Respondent. | Case No. 4:15-cv-03514 HSG<br><br>DEATH PENALTY CASE<br><br>**CASE MANAGEMENT ORDER** |

On April 23, 2024, the Court referred this matter to Judge Vince Chhabria for settlement. Dkt. No. 115. Settlement negotiations ended with no resolution on November 10, 2025. *See* Dkt. No. 134. The Court therefore **SETS** a case management conference on December 9, 2025, at 2:00 pm PST. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. By December 2, 2025, the parties shall submit a joint case management statement proposing a plan and schedule for further proceedings in this Court.

    **IT IS SO ORDERED.**

Dated: November 21, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge