UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>SIRCOYA M. WILLIAMS, Acting Warden, California Medical Facility<br><br>　　　　　　Respondent. | Case No.  4:15-cv-03514 HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND STATEMENT**<br><br>Re: ECF No. 138 |

　　　　Petitioner has requested that the Court continue the case management conference set for December 9, 2025, at 2:00 PM, until January 13, 2025.  ECF No. 138; *see* ECF No. 137.  Respondent does not oppose this request.

　　　　For good cause shown, the Court **GRANTS** Petitioner's motion, and the case management conference is hereby rescheduled to January 13, 2026, at 2:00 pm PST.  The hearing will be held by Public Zoom Webinar.  All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.  By January 6, 2026, the parties shall submit a joint case management statement proposing a plan and schedule for further proceedings in this Court.

1 **IT IS SO ORDERED.**

2 Dated:   December 2, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge