UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WAYNE FRIEND,<br><br>Petitioner,<br><br>v.<br><br>SIRCOYA M. WILLIAMS, Acting Warden, California Medical Facility<br><br>Respondent. | Case No.  4:15-cv-03514 HSG<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REQUEST EVIDENTIARY DEVELOPMENT**<br><br>Re: ECF No. 144 |

Pending before the Court is Petitioner Jack Wayne Friend's unopposed motion to extend time to request evidentiary development.  For good cause shown, the Court **GRANTS** Petitioner's motion and extends the deadline for Petitioner to move for evidentiary development by 30 days, to June 1, 2026.

**IT IS SO ORDERED.**

Dated: April 29, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California