UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK WAYNE FRIEND,

        Petitioner,

    v.

SIRCOYA M. WILLIAMS, Acting Warden, California Medical Facility

        Respondent.

Case No.  4:15-cv-03514 HSG

DEATH PENALTY CASE

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO REQUEST EVIDENTIARY DEVELOPMENT**

Re: ECF No. 146

Pending before the Court is Petitioner Jack Wayne Friend's unopposed motion to extend time to request evidentiary development.  For good cause shown, the Court **GRANTS** Petitioner's motion and extends the deadline for Petitioner to move for evidentiary development by 30 days, to July 1, 2026.

    **IT IS SO ORDERED.**

Dated: May 22, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge