IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack Wayne Friend,<br>Petitioner,<br>vs.<br>Bryan Donahoo, Acting Warden, California Medical Facility,<br>Respondent. | No. 4:15-cv-03514-HSG<br>Death Penalty Case<br>Order on Motion for Extension of Time to Request Evidentiary Development |

Pending before the Court is Petitioner Jack Wayne Friend's unopposed motion to extend time to request evidentiary development. Good cause appearing, the Court GRANTS Petitioner's motion. The deadline for Petitioner to move for evidentiary development is extended by 60 days, to October 30, 2026.

DATE: August 31, 2026

Haywood S. Gill Jr.
HAYWOOD GILLIAM JR.
United State District Judge